UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ISAIAH SCULLARK,<br><br>       Plaintiff,<br><br> -against-<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | 24-CV-3721 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the July 2, 2024, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: July 2, 2024
     New York, New York

               /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
               Chief United States District Judge